

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Bhavesh Patel | ) | Case No. 16 CR 706 |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. H CR 16-385-50 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Southern** District of **Texas**,
*(if applicable)* **Houston** division. The defendant may need an interpreter for this language: **Hindi**.

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 11/01/2016

*Judge's signature*

Maria Valdez, U. S. Magistrate Judge
*Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ YVETTE PEARSON
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
November 4, 2016

INTERP,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:16-cr-00706 All Defendants
## Internal Use Only

Case title: USA v. Patel
Other court case number: H CR 16-385-50 Southern District of Texas, Houston Division

Date Filed: 10/27/2016
Date Terminated: 11/01/2016

Assigned to: Honorable Maria Valdez

**Defendant (1)**

Bhavesh Patel
*TERMINATED: 11/01/2016*

represented by Yelena A. Dolgosheeva
Law Offices of Yelena A. Dolgosheeva
2338 West Belmont
2nd floor
Chicago, IL 60022
(847) 208-4348
Fax: (312) 267-1810
Email: dolgosheeva2002@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ YVETTE PEARSON
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
November 4, 2016

18:1956-3300.F--money laundering-
interstate commerce

**Plaintiff**

USA      represented by **Andrew Connor Erskine**
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn
Suite 500
Chicago, IL 60604
(312) 353-1875
Email: Andrew.Erskine@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/27/2016 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Maria Valdez as to Bhavesh Patel (1). (yap, ) (Entered: 10/31/2016) |
| 10/27/2016 | 2 | ORDER as to Bhavesh Patel (1): Case called for Removal Proceeding on 10/27/2016 as to Defendant Bhauesh Patel. Defendant is present in Court with counsel. Defendant requires a Hindi interpreter. By agreement of the parties, the hearing is hereby reset to 11/1/2016 at 11:00 a.m. Defendant to remain in federal custody pending further order of the Court. Signed by the Honorable Maria Valdez on 10/27/2016. Mailed notice (yap, ) (Entered: 10/31/2016) |
| 10/27/2016 | 3 | ATTORNEY Appearance for defendant Bhavesh Patel by Yelena A. Dolgosheeva. (yap, ) (Entered: 10/31/2016) |

| | | |
|---|---|---|
| 11/01/2016 | | ORAL MOTION by USA to detain defendant Bhavesh Patel based on being a risk of flight and a danger to the community (yap, ) (Entered: 11/04/2016) |
| 11/01/2016 | | ARREST of defendant Bhavesh Patel (yap, ) (Entered: 11/04/2016) |
| 11/01/2016 | 4 | ORDER as to Bhavesh Patel: Removal Hearing held 11/1/2016 on as to defendant Bhavesh Patel. Defendant informed of his rights. For the reasons stated on the record, the case was set to 11/1/2016. Hindi interpreter present. Attorney Yelena A. Dolgosheeva appeared on behalf of the defendant. Defendant appears in response to the arrest on 10/27/2016. Defendant advised of the charges pending against him and the maximum penalties. Government's oral motion to detain defendant based on being a risk of flight and a danger to the community is hereby granted. Defendant waives identity hearing. Defendant waives detention hearing. Defendant is to be removed in custody forthwith to the Southern District of Texas. (Terminated defendant Bhavesh Patel). Signed by the Honorable Maria Valdez on 11/1/2016. Mailed notice (yap, ) (Entered: 11/04/2016) |
| 11/01/2016 | 5 | COMMITMENT TO ANOTHER ORDER as to Bhavesh Patel 4 . Signed by the Honorable Maria Valdez on 11/1/2016. (yap, ) (Entered: 11/04/2016) |
| 11/01/2016 | 6 | CJA ORDER Appointing Counsel Yelena A. Dolgosheeva Under the Criminal Justice Act as to Bhavesh Patel. Signed by the Honorable Maria Valdez on 11/1/2016. (yap, ) (Entered: 11/04/2016) |
| 11/01/2016 | 7 | FINANCIAL Affidavit filed by Bhavesh Patel (SEALED) (yap, ) (Entered: 11/04/2016) |
| 11/04/2016 | 8 | CERTIFIED and Transmitted to Southern District of Texas, Houston the complete record consisting of Universal Transfer Letter, Commitment to another district and certified copy of docket entries as to Bhavesh Patel. (yap, ) (Entered: 11/04/2016) |



# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiffs | ) | Case No:16 CR 706 |
| v. | ) | |
| | ) | |
| | ) | Judge Maria Valdez |
| Bhauesh Patel | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Case called for Removal Proceeding on 10/27/16 as to Defendant Bhauesh Patel. Defendant is present in Court with counsel. Defendant requires a Hindi interpreter. By agreement of the parties, the hearing is hereby reset to 11/1/16 at 11:00 a.m. Defendant to remain in federal custody pending further order of the Court.

(T:00:15)

Date:10/27/16

_____
MARIA VALDEZ
United States Magistrate Judge

**FILED**

**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

OCT 27 2016

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

Case Title: USA v. Bhavesh Patel

Case Number: 16 CR 706

An appearance is hereby filed by the undersigned as attorney for: Bhavesh Patel

Attorney name (type or print): Yelena Dolgosheeva

Firm: Law Offices of Yelena A. Dolgosheeva, P.C.

Street address: 2338 W. Belmont #2 (floor)

City/State/Zip: Chicago, IL 60022

Bar ID Number: 62 86053
(See item 3 in instructions)

Telephone Number: (847) 208 4348

Email Address: dolgosheeva2002@yahoo.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/27/16

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| Plaintiffs | ) | Case No: 16 CR 706 |
| v. | ) | |
| | ) | |
| | ) | Judge Maria Valdez |
| Bhavesh Patel | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Removal Hearing held on 11/1/16 as to defendant Bhavesh Patel. Defendant informed of his rights. For the reasons stated on the record, the case was set to 11/1/16. Hindi interpreter present. Attorney Yelena A. Dolgosheeva appeared on behalf of the defendant. Defendant appears in response to the arrest on 10/27/16. Defendant advised of the charges pending against him and the maximum penalties. Government's oral motion to detain defendant based on being a risk of flight and a danger to the community is hereby granted. Defendant waives identity hearing. Defendant waives detention hearing. Defendant is to be removed in custody forthwith to the Southern District of Texas.

Date: 11/1/16

MARIA VALDEZ
United States Magistrate Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ YVETTE PEARSON
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
November 4, 2016

CJA_appointment_rev.07212015

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

Case Number 16 CR 706

v.

Bhavesh Patel
**Defendant.**

Judge Honorable Maria G. Valdez

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Bhavesh Patel          **Under Seal** ☐

**Defendant Number:** 1

**Payment Category:** Other

**Type of Person Represented:** Adult

**Representation Type:** OT

**Attorney Name:** Yelena A. Dolgosheeva

**Court Order:** Appointing Counsel

    Prior attorney's name: none

**Signature of Presiding Judge or by Order of the Court** _Maria Valdez_

**Date of Order:** _11-1-16_  **Nunc Pro Tunc Date:** 10/27/2016  or None ☐

---

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**     ☑ Yes          **Under Seal** ☐

**Prior authorization shall be obtained for services in excess of $800.**

**Expected to exceed**          ☐ Yes ☐ No
**Prior authorization approved** ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:**          **Nunc Pro Tunc Date:**          or None ☐



**DOCKET! UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

## Transfer of Criminal Case

Date: November 4, 2016

Address: Clerk of the Court
PO Box 61010
Houston, TX 77208

Case Title: USA vs. Bhavesh Patel

Northern District of Illinois Case No.: 16 cr 706   Other Court's Case No.: H CR 16-385-50
Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**  ☐ In   X Out

X  Order.
X  Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
X  Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.

Revised 10/03/16

☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**          ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Yvette Pearson
Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:

Clerk, U.S. District Court
By:
Deputy Clerk