| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| United States of America | § | |
| --- | --- | --- |
| | § | NOTICE OF SETTING |
| *versus* | § | |
| Bhavesh Patel | § | Case No. H-CR-16-385-50 |
| Defendant(s) | § | |

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW.**

**Before the Honorable Magistrate Judge Mary Milloy**

Courtroom:   701

Location:   Bob Casey United States Courthouse

   515 Rusk St., Houston, TX 77002

**Date:**   **November 14, 2016**

**Time:**   **2:00 PM**

**Type of Proceeding:**

☐ Arraignment
☐ Preliminary Hearing/Counsel Determination
☐ Initial Appearance
☐ Pretrial Conference
☐ Jury Selection and Trial
☐ Re-Arraignment
☐ Sentencing
☐ Revocation Hearing
☒ Other: Counsel Determination

Date: 11/4/2016                                                                                 David J. Bradley, Clerk of Court